IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PINEDALE PARTNERS, LLC and<br>SOVEREIGN HOLDINGS, LLC<br>    Petitioner<br><br>v.<br><br>A TRACT OF LAND, BEING KNOWN AS<br>2106 WALTHOUR ROAD,<br>CHATHAM COUNTY, GEORGIA<br>BEING TAX PARCEL NUMBER<br>10099 08003<br>AND <u>As The Respective Interests</u><br><u>May Be Or Appear</u>: TENANT, OWNER OR<br>OCCUPANT OF PROPERTY; JAMES C. BARR<br>and the Unknown Heirs at Law of JAMES C.<br>BARR; ESEL A. BARR and the Unknown Heirs at<br>Law of ESEL A. BARR; UNITED STATES OF<br>AMERICA (THE SECRETARY OF HOUSING<br>AND URBAN DEVELOPMENT); LYNNE<br>RILEY, in her Official Capacity as Commissioner<br>of the GEORGIA DEPARTMENT OF REVENUE;<br>ADELE ANN ROUNTREE (adjoining landowner);<br>CHATHAM COUNTY, GEORGIA (adjoining<br>Landowner); DEUTSCHE BANK NATIONAL<br>TRUST COMPANY (adjoining landowner);<br>MACHIEL JOHANNES HARRIS (adjoining<br>landowner); MAXIE WHITE WILDES &<br>DEANNA M WILDES (adjoining landowner)<br>UNKNOWN PARTIES WITH ANY INTEREST<br>IN THE SUBJECT PROPERTY;<br><br>    Respondents | CASE NO:<br>4:17-CV-00059-WTM-GRS |

## ORDER REMANDING CASE TO THE CHATHAM COUNTY SUPERIOR COURT

This matter is before the Court at the consent of Petitioners Sovereign Holdings, LLC and Pinedale Partners, LLC and Respondent United States of America (The Secretary of Housing and Urban Development) (herein "United States") (herein collectively, "the Parties").

Petitioner filed this quiet title action against all the world pursuant to O.C.G.A. § 23-3-60 *et. seq.* in Chatham County Superior Court (CAFN: CV16-1142-MO) in order to quiet title to property known as 2106 Walthour Road, Chatham County, Georgia (tax parcel identification number 10099 08003) following Petitioners' foreclosure of the right to redeem a tax deed. A legal description of the Subject Property is attached as Exhibit A to Petitioners' Petition.

Respondent United States does not object to a finding by the Court that the Subject Property is no longer encumbered by the security deed found at Chatham County Deed Book 354I Page 707 and assigned to the The Secretary of Housing and Urban Development at Chatham County Deed Book 390T Page 605 and that Security Deed found at Deed Book 354I Page 721. Specifically, the United States consents that its right to redeem the Subject Property was foreclosed pursuant to O.C.G.A. §§ 48-4-45 and 48-4-46.

The Petitioners make no claim to any excess funds emanating from the tax sale of the Subject Property and do not object to the United States' claims to those funds. Nothing in this Order shall be construed to constitute a waiver of the United States' claims to any excess funds emanating from the tax sale of the Subject Property.

Accordingly, Respondent United States is hereby dismissed as a Respondent and excused from appearing in a hearing on this matter. Additionally, this case is now **REMANDED** to the Chatham County Superior Court, and each party will bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

This the 8th day of MAY, 2017.

_____
JUDGE WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA